Douglas F. Johnson, Esq.
EARP COHN P.C.
20 Brace Road, 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700

Attorneys for Plaintiff
Ortho Biotech Products L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORTHO BIOTECH PRODUCTS, L.P.,     :

                           Plaintiff,     :

                                 :  **Civil Action No. _____**

               - v. -         :

                                 :  **NOTICE OF MOTION FOR**

AMGEN INC.,                   :  **EXPEDITED DISCOVERY**

                                 :

                    Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned, Douglas F. Johnson, Esquire, of the law firm of Earp Cohn P.C., attorneys for Plaintiff, has applied to the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order permitting the parties to take expedited discovery, in advance of a hearing on Plaintiff's Motion for a Preliminary Injunction, pursuant to Rules 16, 26 and 65, F.R.Civ.P., and Local Rules 7.1, 16.1, 26.1 and 65.1. Plaintiff requests that this Motion be heard on short notice, upon Order to Show Cause, as set forth in its brief.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely on the Declarations of Michael Yang and William F. Cavanaugh, Jr., and its brief in support of this motion.

Oral argument is requested. A proposed form of Order is submitted herewith.

Dated:   October *11*, 2005

By: _____
Douglas F. Johnson

**EARP COHN P.C.**
20 Brace Road, 4th Floor
Cherry Hill, NJ  08034
(856) 354-7700
(856) 354-0766 Facsimile

**PATTERSON BELKNAP WEBB**
**  & TYLER LLP**
William F. Cavanaugh, Jr.
Erik Haas
Jeffrey D. Rotenberg
Wendy Kemp Akbar
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
(212) 336-2222 Facsimile

**CONSTANTINE CANNON PC**
Lloyd Constantine
Matthew L. Cantor
Reiko Cyr
Axel Bernabe
450 Lexington Avenue
New York, New York 10017
(212) 350-2700
(212) 350-2701 Facsimile

*Attorneys for Plaintiff*
*Ortho Biotech Products, L.P.*

Of counsel:
  Kathryn A. Meisel, Esq.
  Johnson & Johnson