## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------------X
                                             :

ORTHO BIOTECH PRODUCTS, L.P.,     :

                        Plaintiff,    :

        v.                  :

AMGEN INC.,               :

                       Defendant.  :
----------------------------------------------------------------X

## ORDER TO SHOW CAUSE

**THIS MATTER** having come before the Court on application of Plaintiff Ortho Biotech Products L.P. for an Order to Show Cause why this matter should not be set down for a preliminary injunction hearing, and why Plaintiff's Motion for Expedited Discovery should not be granted, and the Court having considered the matter, and good cause having been shown,

**NOW THEREFORE,**

    **IT IS**, on this _____ day of October 2005, **HEREBY ORDERED** as follows:

1.    Defendant Amgen, Inc. shall appear before this Court on October _____, 2005 at _____ a.m./p.m. and show cause why Plaintiff's Motion for Expedited Discovery should not be granted, permitting expedited discovery to be taken in this matter, in advance of a hearing on Plaintiff's Motion for a Preliminary Injunction ;

1

2.      The Court will set a hearing date for Plaintiff's Motion for a Preliminary Injunction on the return date of this Order to Show Cause;

3.      Defendant shall be served with the Complaint, Summons, Application for an Order to Show Cause, Motion for Expedited Discovery and Motion for a Preliminary Injunction within two (2) business days of this Order;

4.      Defendant shall file any responsive papers opposing the Motion for Expedited Discovery at least one day prior to the hearing on such motion.

**SO ORDERED.**

_____

U.S.D.J.

2