Douglas F. Johnson, Esq.
EARP COHN P.C.
20 Brace Road, 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700

Attorneys for Plaintiff
Ortho Biotech Products L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORTHO BIOTECH PRODUCTS, L.P.,

                    Plaintiff,

            - v. -

AMGEN INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Civil Action No. _____**

**NOTICE OF MOTION FOR
PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that on November 7, 2005, or as soon thereafter as counsel may be heard, the undersigned, Douglas F. Johnson, Esquire, of the law firm of Earp Cohn P.C., attorneys for Plaintiff, will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order, pursuant to Rule 65, F.R.Civ.P. and Local Rule 65.1, entering a preliminary injunction against Defendant Amgen, Inc., to enjoin conduct in violation of Sections 1 and 2 of the Sherman Antitrust Act, 15 U.S.C. § 1 and 2.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely on the Declaration of Michael Yang, and its brief in support of this motion, and shall present witnesses and evidence at the hearing on such Motion.

An evidentiary hearing and oral argument are requested.

Dated:   October _11_, 2005

By: _____
                    Douglas E. Johnson

**EARP COHN P.C.**
20 Brace Road, 4th Floor
Cherry Hill, NJ  08034
(856) 354-7700
(856) 354-0766 Facsimile

**PATTERSON BELKNAP WEBB
    & TYLER LLP**
William F. Cavanaugh, Jr.
Erik Haas
Jeffrey D. Rotenberg
Wendy Kemp Akbar
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
(212) 336-2222 Facsimile

**CONSTANTINE CANNON PC**
Lloyd Constantine
Matthew L. Cantor
Reiko Cyr
Axel Bernabe
450 Lexington Avenue
New York, New York 10017
(212) 350-2700
(212) 350-2701 Facsimile

*Attorneys for Plaintiff*
*Ortho Biotech Products, L.P.*

Of counsel:

Kathryn A. Meisel, Esq.
Johnson & Johnson