Douglas F. Johnson, Esq.
EARP COHN P.C.
20 Brace Road, 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700

Attorneys for Plaintiff
Ortho Biotech Products, L.P.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORTHO BIOTECH PRODUCTS, LP,       :    **Civil Action No.** _____

           Plaintiff,       :

           - v. -       :

AMGEN INC.       :

           Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PLAINTIFF'S NOTICE OF DEPOSITION TO JAMES DALY

**TO:**    Amgen, Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff Ortho Biotech Products, L.P. will take the deposition of James Daly beginning on November 2, 2005 at 10:00 a.m. The deposition will be by oral examination before a Notary Public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means. The deposition will take place at the offices of Patterson, Belknap, Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036. The examination will continue from day to day until completed. You are invited to attend and cross-examine.

1219154v1

Dated: October 11, 2005

**EARP COHN P.C.**

By: _____
                    Douglas F. Johnson

20 Brace Road, 4th Floor
Cherry Hill, NJ  08034
Tel:  (856) 354-7700
Fax:  (856) 354-0766

                    and

**PATTERSON BELKNAP WEBB & TYLER LLP**
William F. Cavanaugh, Jr.
Erik Haas
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

                    and

**CONSTANTINE CANNON PC**
Lloyd Constantine
Matthew L. Cantor
Reiko Cyr
Axel Bernabe
450 Lexington Avenue
New York, NY 10017
(212) 350-3700

***Attorneys for Plaintiff Ortho Biotech Products, L.P.***

Of counsel:

      Kathryn A. Meisel, Esq.
      Johnson & Johnson

2

1219154v1