Douglas F. Johnson, Esq.
EARP COHN P.C.
20 Brace Road, 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700

Attorneys for Plaintiff
Ortho Biotech Products, L.P.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORTHO BIOTECH PRODUCTS, LP,

                    Plaintiff,

         - v. -

AMGEN INC.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Civil Action No. _____**

**NOTICE OF RULE 30(b)(6) DEPOSITION**
**OF BERLEX INC.**

**TO:**   Berlex Inc.
        340 Changebridge Road
        PO Box 1000
        Montville, NJ 07045-1000

     **PLEASE TAKE NOTICE**, that plaintiff Ortho Biotech Products, L.P., will take

the deposition upon oral examination of Berlex Inc. ("Berlex") commencing at 9:30 a.m. on

November 4, 2005, and continuing thereafter until completed, at the offices of Patterson Belknap

Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036, or at an

alternative location to which the parties agree, before a Notary Public or other officer fully

2

authorized to administer oaths. The examination will be recorded by stenographic and/or videographic means.

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Berlex is required to designate one or more appropriate persons to testify on its behalf with respect to each of the matters set forth in Exhibit A hereto, and the person(s) so designated shall be required to testify as to each of those matters known or reasonably available to the corporation. You are invited to attend and cross-examine.

1220872v1

Dated: October 11, 2005

**EARP COHN P.C.**


By: _____
                Douglas F. Johnson

20 Brace Road, 4th Floor
Cherry Hill, NJ 08034
Tel: (856) 354-7700
Fax: (856) 354-0766

        and

**PATTERSON BELKNAP WEBB & TYLER LLP**
William F. Cavanaugh, Jr.
Erik Haas
Jeffrey D. Rotenberg
Wendy Kemp Akbar
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

        and

**CONSTANTINE CANNON PC**
Lloyd Constantine
Matthew L. Cantor
Reiko Cyr
Axel Bernabe
450 Lexington Avenue
New York, NY 10017
(212) 350-3700

***Attorneys for Plaintiff Ortho Biotech Products, L.P.***

Of counsel:

    Kathryn A. Meisel, Esq.
    Johnson & Johnson

3

1220872v1

## EXHIBIT A

## DEFINITIONS

1.    "Ortho" means Ortho Biotech Products, L.P., and its officers, directors, agents, servants, employees, attorneys, accountants, corporate parents, affiliates, or other persons acting on their behalf for purposes of these requests.

2.    "Amgen" means Amgen Inc., and its officers, directors, agents, servants, employees, attorneys, accountants, corporate parents, affiliates, or other persons acting on their behalf for purposes of these requests.

3.    "Berlex" means Berlex Inc., and its officers, directors, agents, servants, employees, attorneys, accountants, corporate parents, affiliates, or other persons acting on their behalf for purposes of these requests.

4.    "PROCRIT" is the branded version of epoetin alfa marketed and sold by Ortho.

5.    "EPOGEN" is the branded version of epoetin alfa marketed and sold by Amgen.

6.    "ARANESP" is the branded version of darbepoetin alfa marketed and sold by Amgen.

7.    "NEUPOGEN" is the branded version of filgrastim marketed and sold by Amgen.

8.    "NEULASTA" is the branded version of pegfilgrastim marketed and sold by Amgen.

9.    "LEUKINE" is the branded version of sargramostim marketed and sold by Berlex Inc.

10.    "CERA" or "Continuous Erythropoietin Receptor Activator" is the anti-

4

anemia drug manufactured and/or tested by Roche.

11.    "RBCGF drugs" refers to red blood cell growth factor drugs or drugs that stimulate the production of red blood cells, including PROCRIT, EPOGEN and ARANESP.

12.    "WBCGF drugs" refers to white blood cell growth factor drugs or drugs that stimulate the production of white blood cells, including NEUPOGEN, NEULASTA and LEUKINE.

13.    "Oncology clinics" refers to outpatient physician clinics that treat oncology patients and administer RBCGF drugs or WBCGF drugs.

14.    "Bundling" and "Bundle" refers to the conditioning of incentives for WBCGF drugs and/or RBCGF drugs on achieving level(s) of RBCGF drugs purchases, whether measured by dollar volume, unit volume or as a percentage of purchases.

15.    "ASP" refers to the "average sales price" as defined under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

16.    The term "document" is used in the broadest sense consistent with Rule 34(a) of the Federal Rules of Civil Procedure. The term includes, without limitation, any written, recorded, transcribed, taped, photographic, or graphic matter, any electronically, magnetically, or digitally stored information, including, without limitation, voice mail, electronic mail, software, source code, object code or hard or floppy disc files, any other tangible things, and all copies of any of the foregoing that are different in any way from the original.

17.    "Concerning" means referring to, relating to, pertaining to, describing, mentioning, evidencing or constituting.

18.    "Communications" refer to all documents reflecting any verbal or written communication.

19.     The terms "including," "include," or "includes" mean that the following list contains illustrative examples of the types of documents responsive to the request, but the list is without limitation and does not constitute an exclusive or all-encompassing listing of every type of document responsive to the request.

20.     The term "person" shall mean (a) natural persons (also referred to as "individuals"), (b) legal entities, including, without limitation, corporations, partnerships, firms, associations, professional corporations, and proprietorships, and (c) governmental bodies or agencies.

21.     "And" and "or" shall be construed conjunctively or disjunctively as necessary to make the discovery requests inclusive rather than exclusive.  Use of a singular noun shall be construed to include the plural noun and use of a plural noun shall be construed to include the singular noun.  The use of a verb in any tense shall be construed as the use of that verb in all other tenses whenever necessary to bring within the scope of the discovery request documents or information that might otherwise be construed to be outside its scope.

## SUBJECT MATTERS

1.     The impact of Amgen Bundles and Bundling on sales of Leukine.

2.     The markets for the sale of WBCGF drugs.

3.     The rationale for Neulasta's share of the markets for WBCGF drugs.

4.     The barriers to entry into the market for the sale of RBCGF drugs and WBCGF drugs to oncology clinics.

5.     The relative safety and efficacy of WBCGF drugs.

6.     The perceptions and understandings of customers and physicians concerning the relative safety and efficacy of WBCGF drugs.

6

7.    The reasons and basis for oncology clinics' purchases of WBCGF drugs.

7