## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORTHO BIOTECH PRODUCTS, LP,

                Plaintiff,

          - v. -            **Civil Action No.** _____

AMGEN INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## ORDER

Upon Plaintiff's Motion for Preliminary Injunction and Motion for Expedited Discovery, it is hereby ORDERED that the Parties will conduct expedited discovery for purposes of the preliminary injunction hearing as specified herein.

It is further ORDERED that the Parties will make all pre-hearing submissions for purposes of the preliminary injunction hearing as specified herein

1. The parties will propound requests for documents, pursuant to Federal Rule of Civil Procedure 34, two days after the entry of this Order.

2. Any objections shall be promptly stated and, in any event, no later than 5 after service of the discovery requests.

3. The parties will respond to such written discovery requests and make documents available for inspection and copying no later than 10 days after service of any discovery requests.

4. Plaintiff will submit its expert report(s) no later than October 24, 2005.

5.   Defendant will submit its expert report(s) and responding memorandum of law no later than November 3, 2005.

6.   All depositions of fact and expert witnesses will be completed by November 11, 2005.

7.   The parties will exchange an initial exhibit list for the preliminary injunction hearing by November 11, 2005.

8.   The parties shall identify fact witnesses who will be called to testify at the preliminary injunction hearing and provide a written summary of their expected testimony no later than November 1, 2005 and such witnesses shall be made available for deposition.

9.   Service of all such discovery notices and responses will be by hand or electronically (*i.e.,* by fax or e-mail).

10.   A hearing on plaintiff's Motion for Preliminary Injunction shall be held on November 15-16, 2005 in the United States District Courthouse, 402 East State Street, Trenton, New Jersey, with each party to be allocated six hours.

SO ORDERED.

_____
United States District Judge

1219351v1