Douglas F. Johnson, Esq.
EARP COHN P.C.
20 Brace Road, 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700

Attorneys for Plaintiff
Ortho Biotech Products, L.P.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
ORTHO BIOTECH PRODUCTS, L.P.,
                                                                :
                    Plaintiff,        Civ. No.: _____
                                                                :
       - v. -
                                                                :   **DECLARATION OF**
AMGEN INC.,                                                         **MICHAEL YANG**
                                                                :
             Defendant.
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Michael Yang, declare as follows:

1.     I am the Vice President of Oncology Marketing at Ortho Biotech Products, L.P. ("Ortho"). I submit this declaration in support of Ortho's motions for a preliminary injunction and for expedited discovery. I have personal knowledge of the facts stated herein unless otherwise noted.

**A.**     **Ortho and Amgen are the Only Competitors in the Sale of RBCGF Drugs to Oncology Clinics**

**Procrit®**

2.     Severe anemia is most commonly seen in patients (1) with chronic kidney disease either pre-dialysis or while undergoing dialysis, (2) undergoing chemotherapy or (3)

undergoing zidovudine treatment for HIV disease. Anemia is caused by the depletion of the human hormone erythropoietin, which is produced primarily by the kidneys and stimulates red blood cell production and maturation in the bone marrow. Chemotherapy, for example, depresses erythropoietin production, often leading to anemia. Many patients suffering from anemia cannot lead normal, productive lives.

3. Epoetin alfa is a synthetic form of erythropoietin that stimulates the production of red blood cells and is often referred to as a RBCGF drug. Prior to the introduction of epoetin alfa drugs, the treatment for more severe cases of anemia was whole blood or red blood cell transfusions.

4. Ortho sells Procrit®, a branded version of epoetin alfa. Through a Product License Agreement ("PLA") executed as of September 30, 1985, Amgen granted Ortho an exclusive license under Amgen's patents to market and sell epoetin alfa in the United States for anemia in humans resulting from all treatments except anemia in patients undergoing dialysis for end stage renal disease ("ESRD"). Under the PLA, Amgen retained the right to market an epoetin alfa product for humans in this one field, which it does under the brand name Epogen®.

5. At the time of the PLA, the use of epoetin alfa to combat dialysis-induced anemia offered the greatest possibility for commercial success. However, there was no firm basis for predicting the viability of using epoetin alfa to treat anemia resulting from other disease states. Through costly research and clinical trials, Ortho demonstrated the efficacy of epoetin alfa to treat and reduce the need for transfusions in patients undergoing treatment for other diseases. Based upon this work, Ortho secured FDA approvals, beginning in 1991, to market Procrit for the treatment of persons who develop anemia as a consequence of (1) chemotherapy for cancer, (2) treatment of HIV infection with the pharmaceutical zidovudine, (3) chronic

2

kidney diseases in pre-dialysis patients, and (4) in anemic patients scheduled to undergo elective, noncardiac, nonvascular surgery.

6.    Since Procrit was launched in 1991, it has been prescribed to millions who suffer from anemia included in the four indications listed above and became the standard of care for the treatment of chemo-induced anemia. As a result of Procrit's success, Ortho has paid Amgen over $1.5 billion in royalties on Procrit sales.

### Aranesp

7.    Amgen decided to circumvent the market exclusivity it had granted to Ortho to sell epoetin alfa for all purposes other than dialysis. The result was Amgen's introduction of Aranesp, a synthetic form of erythropoietin known as darbepoetin alfa. It was formulated by modifying the epoetin alfa molecule, thereby circumventing the exclusive rights granted to Ortho on epoetin alfa. In 2002, Amgen received regulatory approval to sell Aranesp, a branded RBCGF drug, to treat chemo-induced anemia.

8.    Ortho's work and investment in Procrit, which demonstrated that RBCGF drugs could be safely, effectively and widely used to combat chemo-induced anemia, helped Amgen to secure FDA approval of Aranesp and to sell Aranesp into markets in which physicians had been educated by Ortho about the benefits of RBCGF drugs.

9.    Given the scope of Amgen's patents, Ortho and Amgen are the only two competitors for the sale of RBCGF drugs to treat chemo-induced anemia in the United States. Gross sales to oncology clinics for Procrit and Aranesp are projected to exceed $2.8 billion in 2005.

3

**B.     Amgen Has a Monopoly on the Sale
of WBCGF Drugs**

10.     Many cancer patients undergoing chemotherapy may, for different reasons, also require a WBCGF drug to combat neutropenia, a white blood cell deficiency that is potentially life threatening. Neutropenia is a side effect of chemotherapy which may compromise a patient's immune system. The disease occurs not only in many patients undergoing chemotherapy, but in individuals suffering from a number of other diseases.

11.     Ortho does not sell a WBCGF drug, but Amgen does. Amgen sells two WBCGF drugs, Neupogen® and Neulasta®. The only other WBCGF drug sold is Leukine®, which is distributed by Berlex Laboratories.

12.     Neupogen was Amgen's initial WBCGF drug. In 2002, Amgen introduced Neulasta, a WBCGF product, which has been modified so that one injection of Neulasta is roughly equal to 7 injections of Neupogen.

13.     Amgen dominates the sales of WBCGF drugs which have become the recognized standard of care for the treatment of neutropenia. Amgen has a 98% share of the sales to oncology clinics (with Neulasta alone having an 86% market share). Although Berlex's Leukine product has been on the market for many years, it has only a *de minimus* share of WBCGF sales. Unlike Amgen's WBCGF drugs, which are administered by subcutaneous injection, Leukine must be administered intravenously – a longer and more costly process.

14.     There are no potential entrants to the WBCGF drug market in the foreseeable future. Any potential competitor to Amgen's WBCGF drug monopoly would face what Amgen claims is a broad patent portfolio. Moreover, the risks and costs involved in the research, development and regulatory approval of a drug in this category are substantial.

4

C.    **Amgen Seeks to Monopolize the Sales of RBCGF Drugs to Oncology Clinics by Leveraging its WBCGF Drug Monopoly**

1.    **Oncology Clinics**

15.    RBCGF drugs are sold through various channels. The roughly 2,400 oncology clinics in the United States represent the largest market for Procrit and Aranesp, with over $2.8 billion in gross sales projected in 2005. In using the term "oncology clinics," I am including the small number of "mixed use" clinics that provide oncology as well as other clinic services.

16.    To be successful, a seller of RBCGF drugs must have a strong presence in oncology clinics. These clinics, which are often owned and operated by oncologists in private practice, are the preferred venue for patients to receive out-patient administration of RBCGF drugs as well as WBCGF drugs. At present, the vast majority of outpatient administration of RBCGF drugs occurs in oncology clinics.

17.    Both Amgen and Ortho have historically treated oncology clinics as a distinct market. Amgen and Ortho participate in audits of epoetin alfa sales designed to align dialysis (Epogen) and non-dialysis Procrit sales in accordance with the license. The audit methodology was formulated by Amgen. It treats oncology clinics as a distinct market segment because oncology clinics use RBCGF drugs exclusively to treat anemia associated with non-dialysis indications. Because the non-dialysis indications belong to Ortho under the PLA, the audit treats all sales to oncology clinics of both parties' brands of epoetin alfa (Epogen or Procrit) as belonging to Ortho.

18.    Amgen and Ortho have also recognized oncology clinics as a distinct market in their pricing. The pricing scheme that is the subject of Ortho's Complaint is being offered only to oncology clinics, and Amgen has used this distinction in other pricing programs.

5

For instance, in the past, Amgen offered hospitals 30% "off invoice" discounts for the purchase of Aranesp, but did not offer oncology clinics this favored "off invoice" pricing.

19. An analysis of prices for Procrit shows that oncology clinics on average pay roughly 5% more for the drug than do hospitals.

20. Hospitals cannot buy more RBCGF drugs than they need and "arbitrage" a portion of their purchases by reselling to oncology clinics. It has been a longstanding practice in the pharmaceutical business to have "own use" clauses in sales contracts precluding resale for profit.

21. Government health care programs, such as Medicare, also treat oncology clinics differently than other purchasers. The amount of reimbursement and the formula utilized by the government are different than what are used for other industry participants, such as hospitals.

22. Most oncology clinics purchase drugs through entities called "specialty distributors." Specialty distributors deliver oncology drugs, which often require careful handling (e.g., refrigeration), to thousands of oncology clinics. These specialty distributors are licensed to distribute to oncology clinics.

23. Oncology clinics have formed their own Group Purchasing Organizations ("GPO") to negotiate with drug manufacturers. Historically, certain purchasers of pharmaceuticals have benefited from collectively bargaining with drug manufacturers through GPOs. Hospitals, for instance, belong to GPOs. These hospital GPOs generally do not permit oncology clinics to participate. In recent years, Ortho's understanding is that oncology clinics began to form specialized GPOs in an effort to achieve lower prices.

6

24. The sale of RBCGF drugs to oncology clinics is a market recognized by industry and government.

25. Oncology clinics would pay small but significant non-transitory price increases for RBCGF drugs.

26. There are high barriers to entry in the sale of RBCGF drugs. Foremost are Amgen's exclusive patent rights over epoetin alfa. A market entrant would have to commit massive resources to fund clinical research to (1) demonstrate the safety and effectiveness of a new drug, (2) secure regulatory approval for its distribution in the United States, (3) promote and sell the product, and (4) design around Amgen's formidable patent estate.

### 2. Amgen Begins Bundled Pricing on Aranesp and its WBCGF Monopoly Drugs

27. Virtually all oncology clinics administer both RBCGF and WBCGF drugs to patients. Given this fact and Amgen's monopoly on WBCGF drugs, these clinics must buy WBCGF drugs, particularly Neulasta, from Amgen.

28. This fact was not lost on Amgen as it developed a marketing plan for Aranesp. Almost from the outset, Amgen's strategy for selling Aranesp has been to penalize a clinic on the pricing of its dominant WBCGF drugs if the clinic did not purchase substantial amounts of Aranesp, a product that has competition. The volume requirements in Amgen's pricing schemes for its RBCGF and WBCGF drugs are, in fact, disguised market share requirements designed to reduce Procrit's share of clinic sales by means other than competition on the price of RBCGF drugs or their relative merits.

### The Early 2004 Amgen Contract

29. Amgen's penalties became even more coercive in the spring of 2004. At that time, Amgen began offering substantial "rebates" to oncology clinics on the condition that

7

these facilities reach combined volume requirements for Amgen's RBCGF and WBCGF drugs. Amgen refers to these offerings on its RBCGF and WBCGF drugs as the Amgen Portfolio Contract ("APC").

30.    As Ortho understands it, Amgen's pricing to oncology clinics under its APC is broken into three groups – large, medium and small accounts – based on the amount of RBCGF and WBCGF drugs purchased. Ortho's understanding is that each account is given dollar volume usage targets that once reached allows the clinic to earn a specified level of rebate. The dollar volume targets Amgen puts in each clinic's APC represent a specific percentage requirement of market share based on a clinic's historical usage. Rebates are earned when Amgen's share of the clinic's estimated total APC purchases reach those levels.

31.    For example, under the APCs in effect in the first half of 2004, a large account oncology clinic which purchased roughly 65% of its combined volume of RBCGF and WBCGF drugs from Amgen received a 13.5% rebate on its Aranesp purchases and a 10.5% rebate on its WBCGF drug purchases. However, an oncology clinic that purchased roughly 85% of its combined volume of RBCGF and WBCGF drugs from Amgen received significantly greater rebates – a 25% rebate on its Aranesp purchases and a 25% rebate on its Amgen WBCGF drug purchases. An oncology clinic that did not meet its APCs volume requirements would only receive a minimal rebate. (Examples of the rebate levels for APCs during this time frame are attached as Attachment A.)

### The Late 2004 Amgen Contract

32.    Later in 2004, Amgen modified its APCs. Amgen apparently recognized that simply providing an oncology clinic with a combined dollar volume target might give the clinic the flexibility of loading up on Amgen's WBCGF drugs to meet its combined dollar

8

volume target. As a result, Amgen imposed restrictions on the amount of WBCGF drugs that could be considered for purposes of reaching the specified dollar volume targets or higher rebate levels. This forced oncology clinics to purchase more Aranesp, which was not subject to any incentive restrictions to reach higher rebate levels.

33. Amgen also required minimum dollar volume requirements for Aranesp. In addition, Amgen increased the rebates offered to oncology clinics, further penalizing those oncology clinics that failed to meet the dollar volume requirements set forth in each clinic's APC. With these changes to the APC, Amgen sought to more closely tie the rebates on its monopoly WBCGF drugs to the purchase of substantial amounts of Aranesp.

34. Under the modification to the APCs in late 2004, a large oncology clinic that purchased roughly 65% of its combined volume of RBCGF and WBCGF drugs from Amgen would receive an 18.5% rebate on its Aranesp purchases and a 10.5% rebate on its WBCGF drug purchases. However, an oncology clinic that purchased roughly 85% of its combined volume of RBCGF and WBCGF drugs from Amgen would receive a 30.0% rebate on its Aranesp purchases and a 25.0% rebate on its WBCGF drug purchases. (Examples of the rebate levels for APCs during this time frame are attached as Attachment B.)

35. All of these changes forced a clinic to buy less Procrit and more Aranesp in order for the clinic to get access to both the WBCGF and RBCGF rebates.

36. As a result of these pricing schemes, Ortho's share of sales to oncology clinics has dropped precipitously. In the first quarter of 2004, Ortho had a 55% share of the oncology clinic market for RBCGF drugs and Amgen had a 45% share. At present, Ortho's share is estimated to be approximately 34%, with Aranesp having a 66% share.

1220831v1

37.    This significant shift in relative market share is attributable to oncology clinics being coerced by Amgen to replace substantial volumes of Procrit with Aranesp in order for these customers to gain access to acceptable pricing on the WBCGF drugs they must buy from Amgen.

38.    The effect of Amgen's coercive tying arrangements on sales of RBCGF drugs to oncology clinics is evidenced by comparing Procrit and Aranesp market shares to oncology clinics with their respective share of sales in another market – sales to retail drug stores – where Amgen has not introduced these tying arrangements. As a result, Procrit and Aranesp compete head to head without interference from Amgen's WBCGF monopoly drugs. Procrit's share of sales to retail drug stores remains at approximately 70%.

### 3.    Amgen's New Pricing Scheme is Designed to Eliminate Procrit from the Oncology Clinic Market

39.    Having gained a 65% share of sales to oncology clinics by tying access to WBCGF drug rebates to substantial purchases of Aranesp instead of Procrit, Amgen has now sought to tighten its squeeze on this market. Effective October 1, 2005, Amgen's pricing scheme became significantly more coercive.

40.    As with the old pricing scheme, each clinic is given a series of levels of dollar volume targets for its total Amgen purchases of RBCGF and WBCGF drugs, as illustrated below for a large account[1]. The higher the Amgen gross purchases the higher level of rebate an oncology clinic can achieve:

---

[1]    Examples for medium and small accounts are set forth in Attachment C.

10

| Level of Amgen Purchases | Rebates | | |
|---|---|---|---|
| | Aranesp | Neulasta® | Neupogen |
| 6 | 26.0% | 21.0% | 20.0% |
| 5 | 25.5% | 20.5% | 19.0% |
| 4 | 25.0% | 20.0% | 18.0% |
| 3 | 24.5% | 19.5% | 17.0% |
| 2 | 24.0% | 19.0% | 16.0% |
| 1 | 23.5% | 18.5% | 15.0% |
| | | | |
| base level | 23.0% | 18.0% | 14.0% |

41.    However, to gain access to even the lowest rebate level described above an oncology clinic must now meet separate Aranesp and Neulasta dollar volume triggers. To avoid being penalized on its purchases of Amgen's dominant WBCGF drugs, the dollar volume for Aranesp purchases that an oncology clinic must achieve is now based on up to 75% of the oncology clinic's total RBCGF product purchases being Aranesp, i.e., a 75% market share.

42.    A higher initial dollar volume threshold for Aranesp is only the start of this latest tying scheme. The true purpose of the new pricing scheme is to require oncology clinics to make Aranesp more than 75% of their RBCGF purchases. Under the modified APCs, for an oncology clinic to receive the same aggregate value it had been receiving while performing under the pre-October 1st APC (described above), each clinic now must reach higher dollar volume (i.e., market share) levels of Aranesp. For example, for a large clinic, the top Aranesp rebate is now 26%. This is 4% less than under the previous Amgen bundle of 30%. However, the clinic can earn back the additional 4% by taking its Aranesp share up to 90% as well as ensuring that Neulasta represents 90% of its WBCGF drug purchases. Thus, this new pricing scheme is intended to raise the Aranesp levels well above the initial threshold number needed to qualify for any rebate.

43.    The new pricing scheme also reduces the highest Neulasta rebate from 25% to 21% for large clinics. As with the Aranesp rebates, an oncology clinic can earn back the 4% on Neulasta if 90% of its WBCGF drug purchases are of Amgen's Neulasta and the higher threshold for Amgen's Aranesp (up to 90%) is met.

44.    The October 2005 addendum to the APC continues to place limits on the amount of the WBCGF drugs that may be considered for purposes of determining rebate levels on gross purchases. Conversely, the APC does not place caps on Aranesp. This further drives oncology clinics to purchase all or substantially all of their RBCGF drugs from Amgen.

45.    A clinic that does not meet its Aranesp volume requirement will only receive a 4% rebate on Neulasta. Previously, an oncology clinic that did not meet its Aranesp dollar volume target requirements in its APC nonetheless would receive a rebate of 7.1% to 9.5% on Neulasta. Thus, a non-conforming oncology clinic is now being penalized an additional 3.1% to 5.5% on its Neulasta purchases.

### 4.    The Impact of this Pricing Scheme on a Clinic's Medicare Business

46.    Failing to achieve a dollar volume of purchases of Aranesp roughly equivalent to a 75% market share will have severe economic consequences on an oncology clinic. Because the use of WBCGF drugs is the standard of care to treat neutropenia, oncology clinics have no choice but to carry Neulasta.

47.    Medicare patients make up roughly 40% of the patient population treated in oncology clinics. As such, the economics of treating this patient group is a major consideration for any clinic. Without the Neulasta rebates (up to 25%), under the government's current reimbursement formula an oncology clinic would have to pay Amgen hundreds of dollars more on each treatment of Neulasta for a Medicare patient than the clinic will receive in reimbursement from the government and patients.

12

1220831v1

48.    On January 1, 2005, the federal government changed the formula by which doctors and clinics are reimbursed for the drugs they purchase and administer in their offices. The new formula is based on the drugs' average selling price ("ASP" as it is known in the industry) plus 6%. Thus, if a clinic bought a drug that had an ASP of $1,000, the clinic would be reimbursed $1,060. This reimbursement amount is static regardless of what the particular clinic actually paid for the drug. The "plus 6%" is not intended to be profit to an oncology clinic. It is to provide the clinic with some cover on costs associated with the acquisition and storage of the drug, other costs associated with purchasing expensive drugs that require refrigeration, and bad debt from patients who do not make co-pays.[2]

49.    As the term suggests, the ASP of a drug is an average based on the prices paid – and discounts and rebates earned – by all purchasers of such drugs. Accordingly, a Medicare provider that does not, or can not, avail itself of all of the rebates offered by a manufacturer can end up paying the manufacturer more for the drug than the drug's ASP and even more than the amount the provider will be reimbursed by the government (ASP + 6%). Where the price paid exceeds the reimbursement amount, the provider actually realizes a loss on the acquisition of a particular drug.

50.    Unless an oncology clinic qualifies for Amgen's rebates, this is precisely the situation the clinic will face when it administers Neulasta, Amgen's dominant WBCGF product, as the following example illustrates: Neulasta's list price is $2,603.00. The Medicare reimbursement (i.e., ASP plus 6%) per unit of Neulasta currently is $2,078.066 in 4th quarter 2005 as published by the Centers for Medicare and Medicaid Services ("CMS"). That amount is

---

[2]    Providers also receive a fee for the service of administering the drug to a patient which is intended to compensate the provider for the medical service of administration.

1220831v1

20.17% or $524.93 below Neulasta's list price due to the rebates and incentives previously granted by Amgen. Thus, to break even on a per treatment basis, a clinic must receive rebates and discounts equal to 20.17% below Amgen's list price. Amgen currently provides oncology clinics with just a 5% discount off list price and a 4% rebate if the clinics fail to buy the requisite levels of Aranesp specified in their modified APCs. In other words, unless the clinics meet the Aranesp volume requirements, the clinic will pay Amgen $295.87 more per administration of Neulasta than the clinic is being reimbursed by the government.

51. The foregoing example is based on Neulasta's existing list price. Ortho understands that Amgen is in the process of increasing the list price of Neulasta. A list price increase will result in an oncology clinic losing even more money.

52. Amgen's latest pricing scheme will force oncology clinics to attempt to meet Amgen's enhanced dollar volume requirements for Aranesp that translate into substantial market share requirements. This will create a strong incentive on the part of the oncology clinic to stock only Aranesp, or to reduce dramatically the level of Procrit stocked. Few oncology clinics will be able to bear the cost and financial risk of also stocking Procrit given the level of Amgen's dollar volume requirements for Aranesp. An oncology clinic which wanted to use even a small amount of Procrit would need to stock both Procrit and Aranesp but would have to carefully manage and monitor relative usage of Aranesp and Procrit, with severe financial consequences should it err in this process. Most are in no position to take such risks.

53. Amgen's current efforts to leverage its monopoly in the WBCGF drug market by penalizing oncology clinics that do not buy substantial amounts of Aranesp, coupled with the Medicare reimbursement regime preclude Ortho from competing over the long-term in the RBCGF oncology clinic market. Ortho understands that one Amgen official already has

boasted to a Procrit customer that they expect 75% of existing Procrit customers will agree to Amgen's latest pricing scheme. Amgen already has nearly 65% of RBCGF drug sales in the oncology clinic market. The large scale conversion of existing Procrit accounts will effectively eliminate physician and consumer choice, as Procrit is driven out of the oncology clinic market.

**D.    Ortho's Ability to Respond Competitively is Constrained by Amgen's Tying Arrangement.**

54.    Ortho is an equally efficient competitor, and Ortho supports price competition between rival companies as the hallmark of a free market. Ortho is prepared and willing to engage in fair, head-to-head, price competition between Procrit and Aranesp. But given the way in which government reimbursement works for a large percentage of a clinic's patients, Amgen's scheme of tying rebates on its monopoly drug to purchases of its RBCGF drug effectively precludes Ortho from responding with commensurate price cuts. That will only result in Ortho inevitably pricing below cost and in less competition.

55.    The government's reimbursement formula for Medicare patients for Procrit and Aranesp is based on each product's ASP plus 6%. Absent Amgen's tying arrangements in which WBCGF rebates are tied to Aranesp purchases, price competition between Aranesp and Procrit (in the form of discounts or rebates) would result in Aranesp and Procrit each having a lower ASP as the government recalculates product ASPs. Here, the rebates provided on Neulasta, while tied by Amgen to an oncology clinic buying a certain volume of Aranesp, are not, and will not be, considered as the Aranesp ASP is recalculated by the government. As a result, offering Neulasta rebates tied to Aranesp purchases allows Amgen to make it financially attractive to buy Aranesp, but in a way which avoids the corresponding effect of a lower Aranesp ASP (which, in turn, provides an oncology clinic with a smaller cushion, in dollar terms, on reimbursement for Aranesp, i.e., 6% of a lower ASP).

15

56.    Put simply, by tying together rebates on WBCGF drugs with purchases of Aranesp, Amgen is forcing Ortho to absorb on its one product the "discounts" Amgen has spread over two products. The result of Ortho having to absorb discounts on its one product, Procrit, is that it will drive the Procrit ASP down and correspondingly the level of government reimbursement on Procrit. Because, however, the WBCGF rebates are a disguised way of discounting Aranesp, the Aranesp ASP will not go down correspondingly.

57.    The lack of parity in the lowering of the ASPs of Procrit and Aranesp – because of the Amgen tie – puts Ortho at an enormous disadvantage and effectively precludes price competition. If Ortho offers a discount on Procrit commensurate with discounts offered by Amgen on its WBCGF and RBCGF drugs, a lower ASP for Procrit will be recalculated by the government at subsequent reporting intervals. (ASPs are recalculated each quarter based on pricing data from two quarters earlier.) Procrit will then have to offer an additional discount on the lower ASP because an ASP plus 6% reimbursement on a lower ASP provides the clinic with less money to cover its costs (i.e., 6% of a lower ASP). While Ortho would be required to make up the difference in dollars to oncology clinics under a lower Procrit ASP, Amgen will not on Aranesp. Amgen's rebates are tied in large measure to its WBCGF drugs. Consequently, the Aranesp ASP will not drop to the same extent as Procrit's. The result of Procrit having a lower ASP than Aranesp will force Ortho to continue to chase Procrit's ASP down – each drop in the Procrit ASP will require an additional discount on the lower ASP to make up the dollar discount to oncology clinics to cover their costs. Meanwhile, the Aranesp ASP remains stable because Amgen's WBCGF rebates will not affect the Aranesp ASP, although they are tied to and driving Aranesp sales. The Procrit price spiral will result in Ortho pricing Procrit below cost in order to match the Amgen's rebates on its WBCGF and RBCGF drugs.

16

58.    It is anticipated that on January 1, 2006, the government will move hospital reimbursement for Medicare outpatients to an ASP reimbursement system. Hospitals reportedly will be reimbursed at ASP plus 8%. The adoption of an ASP reimbursement system in hospitals will allow Amgen to introduce into hospitals the same pricing scheme it is now using to foreclose competition in the sale of RBCGF drugs to oncology clinics. Amgen will again simply leverage its monopoly in WBCGF drugs to provide, in effect, rebates on Aranesp without impacting the Aranesp ASP.

E.    **Procrit is a Highly Effective Drug**

59.    As noted previously, Procrit was the subject of extensive clinical trials demonstrating its effectiveness in the treatment of anemia and millions of Americans have been administered Procrit over the past 14 years. Recent studies and reports continue to underscore Procrit's efficacy.

60.    In May 2005, the results of a comparative clinical trial involving Aranesp and Procrit, designed specifically to measure the rate of hemoglobin improvement, were presented at the annual meeting of the American Society of Clinical Oncology ("ASCO"). The study authors, led by Dr. Roger Waltzman of Saint Vincent's Comprehensive Cancer Center, concluded (1) a trend toward a lower rate of transfusion in Procrit-treated patients when compared to Aranesp-treated patients, and (2) a significant difference between treatments in the total number of red blood cell units transfused, with Procrit-treated patients requiring far fewer units per patient transfused than Aranesp treated patients.

61.    The primary measure of efficacy recognized by the Food and Drug Administration for approving the marketing of RBCGF drugs is the rate and volume of transfusions required. Prior to the introduction of RBCGF drugs, the treatment of more cases of severe anemia was blood transfusions. Aside from the expense, time and invasive nature of the

17

1220831v1

procedure, transfusions present numerous medical risks. Chemotherapy patients are significantly benefited by a reduction in the number of transfusions and the amount of blood transfused, as is the health care system as a whole since the available blood supply for emergency use in other patients is not otherwise depleted.

62.     Also, in May 2005 at the ASCO meeting, there was a presentation on a comparative study of Procrit and Aranesp sponsored by Amgen and led by Dr. John Glaspy of the University of California at Los Angeles. The study was designed to find "non-inferiority" of either product if the level of transfusions fell within a broad range. Having defined equivalence in these broad terms, the study concluded that Procrit and Aranesp were not inferior to one another.

63.     Finally, at the May 2005 meeting, there was a presentation based on an independent, retrospective chart review conducted by Dr. A.S. Case with the University of Alabama at Birmingham. The review was directed at determining the transfusion rates after treatment with Procrit and Aranesp. Based on this observational data, the authors found that a significantly lower proportion of patients required transfusions, and fewer total units were transfused, when treated with Procrit rather than Aranesp.

F.     **Amgen's New Pricing Scheme Will Irreparably Harm Ortho and the Public**

64.     Ortho believes that the bundle arrangement Amgen is introducing to oncology clinics has but one intended purpose – to eliminate Procrit as an effective competitor in the oncology clinic market.

65.     Foreclosing Ortho from the oncology clinic market will have a devastating impact on Ortho. Ortho will lose important longstanding customer relationships as well as the goodwill built up over the years Procrit has been used to treat millions of cancer patients suffering from the severe anemia that often accompanies chemotherapy. Amgen's actions will

18

likely result in reductions in investments in ongoing research and development in order to provide better forms of treatment. The resulting impact on innovation is not in the public's interest.

67.    Eliminating Ortho as an effective competitor in the oncology clinic market will also result in less physician choice and consumer harm. As the preceding section shows, physicians and patients should not be effectively cut off access to the benefits of Procrit—which many physicians would prefer to Aranesp based on efficacy and price (based on stand-alone pricing)—by virtue of Amgen's use of its monopoly leverage in the sale of WBCGF drugs. In the absence of Amgen's use of its WBCGF drugs to drive Aranesp sales, Procrit would remain widely used in oncology clinics. Instead, it may be on the verge of marginalization in this market.

I declare under penalty of perjury that the foregoing is true and correct.

Michael Yang

Dated: October 11, 2005

19

122083lv1

## ATTACHMENT A

Large Account:

| Tier – combined | Rebate | |
|---|---|---|
| Share of Amgen RBCGF and WBCGF Drugs over estimated total purchases | Aranesp | Neupogen/Neulasta |
| 85% | 25.00% | 25.00% |
| 80% | 20.00% | 20.00% |
| 75% | 18.50% | 13.50% |
| 70% | 14.5% | 11.50% |
| 65% | 13.5% | 10.50% |
| 55% | 11.5% | 7.5% |
| 50% | 5% | 5% |

Medium Account:

| Tier – combined | Rebate | |
|---|---|---|
| Share of Amgen RBCGF and WBCGF Drugs over estimated total purchases | Aranesp | Neupogen/Neulasta |
| 85% | 20.00% | 21.00% |
| 80% | 18.00% | 16.00% |
| 75% | 16.50% | 12.50% |
| 70% | 13.5% | 10.50% |
| 65% | 12.5% | 9.50% |
| 55% | 10.5% | 6.5% |
| 50% | 4% | 4% |

Small Account:

| Tier – combined | Rebate | |
|---|---|---|
| Share of Amgen RBCGF and WBCGF Drugs over estimated total purchases | Aranesp | Neupogen/Neulasta |
| 85% | 16.00% | 16.00% |
| 80% | 14.00% | 14.00% |
| 75% | 12.00% | 11.50% |
| 70% | 11.00% | 9.50% |
| 65% | 10.00% | 8.50% |
| 55% | 8.50% | 5.50% |
| 50% | 3% | 3% |

## ATTACHMENT B

Large Account:

| Tier – combined | Rebate | |
|---|---|---|
| Share of Amgen RBCGF and WBCGF Drugs over estimated total purchases | Aranesp | Neupogen/Neulasta |
| 85% | 30.00% | 25.00% |
| 80% | 25.00% | 20.00% |
| 75% | 23.50% | 13.50% |
| 70% | 19.5% | 11.50% |
| 65% | 18.5% | 10.50% |
| 55% | 11.5% | 7.5% |
| 50% | 5% | 5% |

Medium Account:

| Tier – combined | Rebate | |
|---|---|---|
| Share of Amgen RBCGF and WBCGF Drugs over estimated total purchases | Aranesp | Neupogen/Neulasta |
| 85% | 25.00% | 21.00% |
| 80% | 23.00% | 16.00% |
| 75% | 21.50% | 12.50% |
| 70% | 18.5% | 10.50% |
| 65% | 17.5% | 9.50% |
| 55% | 10.5% | 6.5% |
| 50% | 4% | 4% |

Small Account:

| Tier – combined | Rebate | |
|---|---|---|
| Share of RBCGF and WBCGF Drugs | Aranesp | Neupogen/Neulasta |
| 85% | 21.00% | 16.00% |
| 80% | 19.00% | 14.00% |
| 75% | 17.00% | 11.50% |
| 70% | 16.00% | 9.50% |
| 65% | 15.00% | 8.50% |
| 55% | 8.50% | 5.50% |
| 50% | 3% | 3% |