UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
ORTHO BIOTECH PRODS, L.P.,          :
                                    :
       Plaintiff,                   :     Hon. Stanley R. Chesler
                                    :     Civ. No. 05-4850
       v.                           :
                                    :
AMGEN, INC.,                        :
                                    :     **ORDER**
       Defendant.                   :
_____:

    **THIS MATTER** having come before the Court on motions by plaintiff Ortho Biotech Products, L.P. for (1) expedited discovery [Docket Entry No. 2]; and (2) injunctive relief [Docket Entry No. 3]; and the Court having reviewed the parties' submissions and having heard oral argument on October 17, 2005; and for the reasons set forth on the record during oral argument; and for good cause shown,

    IT IS on this 25th day of October, 2005,

    ORDERED that plaintiff's motion for expedited discovery [Docket Entry No. 2] is **GRANTED**, to wit:

    (1)    the parties shall complete discovery on plaintiff's application for injunctive relief no later than February 17, 2006 and briefing shall take place thereafter;

    (2)    the parties shall present to the Undersigned a stipulated scheduling order, which addresses both discovery and the refiling of plaintiff's motion for injunctive relief, no later than October 28, 2005;

    (3)    if the parties cannot stipulate to a scheduling order, then, no later than

October 28, 2005, they shall raise scheduling issues with Magistrate Judge John J. Hughes; and

IT IS FURTHER ORDERED that plaintiff's motion for injunctive relief [Docket Entry No. 3] is **DENIED**, without prejudice to plaintiff's right to renew such motion pursuant to the aforementioned scheduling order.

s/  Stanley R. Chesler
United States District Judge