<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ORTHO BIOTECH PRODUCTS, L.P., <br><br>       Plaintiff, <br><br>   v. <br><br><br> AMGEN INC. and AMGEN USA, INC., <br><br>       Defendants. | CIVIL NO. 05-4850 (SRC) <br><br><br><br> **ORDER** |

**<u>CHESLER, District Judge</u>**

This matter having come before the Court on the motion of Plaintiff Ortho Biotech Products, Inc. ("Ortho") for a preliminary injunction, pursuant to Fed. R. Civ. P. 65, enjoining Defendants Amgen Inc. and Amgen USA, Inc. (collectively "Amgen") from violating Section 1 and Section 2 of the Sherman Act through Amgen's multi-product discounting program with respect to red blood cell growth factor drugs and white blood cell growth factor drugs; and the Court having considered the submissions of the parties, the evidence presented to the Court at the preliminary injunction hearing, as well as oral argument of counsel; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

  **IT IS THEREFORE** on this 21st day of November, 2006,

**ORDERED** that Plaintiffs' motion for a preliminary injunction [docket # 3] is

**DENIED.**


      /s/ Stanley R. Chesler

Stanley R. Chesler, U.S.D.J.