# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ORTHO BIOTECH PRODUCTS, L.P.,

        Plaintiff,

vs.

AMGEN INC. and AMGEN USA INC.,

        Defendants.

Civil No. 05-cv-04850 (SRC)

## ORDER AMENDING AGREED ORDER TO UNSEAL SELECT EXHIBITS AND TESTIMONY (DOCKET ENTRY #117)

**THIS MATTER** having come before the Court on the mutual agreement of the parties and application of defendants to amend this Court's November 15, 2006 Agreed Order to Unseal Select Exhibits and Testimony (Docket Entry #117), and the Court being duly advised,

**IT IS HEREBY ORDERED** that the Hearing Testimony of Dr. Joshua Ofman appearing in the Trial Transcript at page 854, lines 2 through 6, shall remain under seal.

**SO ORDERED.**

DATED: ~~November~~ December 12, 2006

_____
HON. STANLEY R. CHESLER,
UNITED STATES DISTRICT JUDGE