```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

ORTHO BIOTECH PRODUCT, LP.: Civil Action No. 2:05-cv-04850(SRC)
                           :
        Plaintiffs,        :
                           :
        vs.                :
                           :
AMGEN, INC.,               : Newark, New Jersey
                           : Friday, March 3, 2008
        Defendants.        : 4:20 p.m.
---------------------------

                   TRANSCRIPT OF DISCOVERY MOTIONS
             BEFORE THE HONORABLE MICHAEL SHIPP, U.S.M.J.

APPEARANCES:
For the Plaintiffs:     ERIK HAAS, ESQ.
                        LEAH VICKERS, ESQ.
                        (Patterson, Belknap, Webb & Tyler)
                        1133 Avenue of the Americas
                        New York, NY  10036-6710

                        WALTER F. TIMPONE, ESQ.
                        (McElroy, Deutsch, Mulvaney & Carpenter
                        LLP)
                        1300 Mount Kemble Avenue
                        Morristown, N.J. 07962-2075

                        KATHRYN MEISEL, ESQ.
                        (Johnson & Johnson)
                        One Johnson Plaza
                        New Brunswick, N.J.  08933

For the Defendants:     MICHAEL R. GRIFFINGER, ESQ.
                        JENNIFER A. HRADIL, ESQ.
                        CHRISTOPHER T. WALSH, ESQ.
                        (Gibbons, PC)
                        One Gateway Center
                        Newark, NJ  [illegible]

Transcription Company:  KLJ Transcription Service
                        [illegible] Wilson Street
                        Saddle Brook, NJ  [illegible]
                        [illegible]

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.
```