# M̄cElroy, Deutsch, Mulvaney & Carpenter, LLP

**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

WALTER F. TIMPONE
Direct dial: (973) 425-8701
wtimpone@mdmc-law.com

April 24, 2008

The Honorable Michael A. Shipp, U.S.M.J.
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re: **Ortho Biotech Products, L.P. v. Amgen Inc. and Amgen USA Inc.,
05-cv-4850 (SRC-MAS) (D.N.J.)**

Dear Judge Shipp:

    This firm represents plaintiff Ortho Biotech Products, L.P. ("Ortho") in the above-referenced matter. Enclosed please find a proposed form of order denying defendant Amgen Inc. and Amgen USA Inc.'s application for a stay of a portion of the Court's March 24, 2008, Order (Docket Entry 168). The proposed form of order was inadvertently omitted from Ortho's opposition to Amgen's application.

Respectfully submitted,

M̄cElroy, Deutsch, Mulvaney
& Carpenter, LLP

/s/ Walter F. Timpone

Walter F. Timpone

Encl.
1081760