UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Ortho Biotech Products, L.P., | : | Civil Action No. 05-4850 (SRC) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| Amgen Inc., et al, | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on the written application of Defendants Amgen Inc. and Amgen USA Inc. (collectively "Amgen") for a stay of the portion of the Court's Order entered on March 24, 2008 (docket entry 168) which denied Amgen's assertion of privilege over a document submitted to the Court *in camera* pending an appeal of that order to the Honorable Stanley R. Chesler, U.S.D.J.; and opposition having been filed on behalf of the Plaintiff; and the Court having considered the parties' written submissions; and for good cause shown,

**IT IS** on this 9th day of May, 2008,

**ORDERED** that the portion of the Court's Order entered on March 24, 2008 (docket entry 168)(the "Order") which denied Amgen's assertion of privilege over a document submitted to the Court *in camera* is hereby stayed pending a decision by the Honorable Stanley R. Chesler, U.S.D.J. on Amgen's appeal of the order.

**IT IS FURTHER ORDERED** that Defendants shall comply with the portion of the Order requiring Amgen to produce the documents obtained from its backup tapes no later than **May 14, 2008**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **May 15, 2008** to file a response to the letter regarding discovery issues submitted by Defendants on May 7, 2008.

*s/ Michael A. Shipp*
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**