Walter F. Timpone, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Plaintiff*
*Ortho Biotech Products, L.P.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORTHO BIOTECH PRODUCTS, L.P.,       :    **Civ. No.: 05-4850 (SRC-MAS)**

         Plaintiff,      :

                 :    **STIPULATION AND**

       - v -      :    **ORDER OF DISMISSAL**

                 :

AMGEN INC. and AMGEN USA INC.,      :

         Defendants.      :

                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THIS MATTER having been opened to the Court by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff, Ortho Biotech Products, L.P.; and the matter in difference in the above-entitled action having been amicably adjusted by and between the parties; and such parties having stipulated and agreed that plaintiff shall dismiss its claims against defendants with prejudice and without costs; and

IT IS, on this 16th day of July, 2008,

ORDERED THAT the above-referenced matter is hereby dismissed with prejudice and without costs. The Court shall retain jurisdiction over the parties' settlement agreement to enforce its terms.

1115495-1

SO ORDERED:


_____
Stanley R. Chesler, U.S.D.J.



The parties hereby consent to the form and entry of the within Order:

_____
Walter F. Timpone, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
*Attorneys for Plaintiff, Ortho Biotech Products, L.P.*


_____
Michael R. Griffinger, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
*Attorneys for Defendants, Amgen Inc.*
*and Amgen USA, Inc.*

1115495-1