CL

Walter F. Timpone, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Plaintiff*
*Ortho Biotech Products, L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
:
ORTHO BIOTECH PRODUCTS, L.P., : Civ. No.: 05-4850 (SRC-MAS)
:
Plaintiff, :
: **STIPULATION AND**
- v - : **ORDER OF DISMISSAL**
:
AMGEN INC. and AMGEN USA INC., :
:
Defendants. :
:
------------------------------------x

THIS MATTER having been opened to the Court by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff, Ortho Biotech Products, L.P.; and the matter in difference in the above-entitled action having been amicably adjusted by and between the parties; and such parties having stipulated and agreed that plaintiff shall dismiss its claims against defendants with prejudice and without costs; and

IT IS, on this 16th day of July, 2008,

ORDERED THAT the above-referenced matter is hereby dismissed with prejudice and without costs. The Court shall retain jurisdiction over the parties' settlement agreement to enforce its terms.

1115495-1

SO ORDERED:

_____
Stanley R. Chesler, U.S.D.J.

The parties hereby consent to the form and entry of the within Order:

_____
Walter F. Timpone, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
*Attorneys for Plaintiff, Ortho Biotech Products, L.P.*

_____
Michael R. Griffinger, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
*Attorneys for Defendants, Amgen Inc.
and Amgen USA, Inc.*

1115495-1